■ WILLIAM LEE et al., Respondents, v. FRANK WIEGAND, JR., Individually and as Executor of FRANK WIEGAND, SR., Deceased, and as Co-Committee, of ANNA WIEGAND, an Incompetent, Appellant.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.